UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MICHIGAN

| | |
|---|---|
| Clarence Dean, Personal Representative of the Estate of Jesse Dean,<br>    Plaintiff,<br><br> v.<br><br><br>Calhoun, Michigan,<br>United States of America,<br>Ashlei Parker, RN,<br>Nathan Meyer, RN,<br>Eir Pratt, LNP<br>Megan Greenlee, RN,<br>Jessica Godzieblewski, RN, Health Services Administrator,<br>Paul Troost, MD,<br>(fnu) Fish, and John and Jane Does,<br><br>    Defendants. | Civil Docket No.: 1:23-cv-00408 |

**PLAINTIFF ESTATE OF JESSE DEAN'S MOTION PURSUANT TO F.R. CIV PRO 4(m), TO EXTEND TIME TO SERVE THE DEFENDANTS**

1. I am the attorney representing Clarence Dean, Personal Representative of the Estate of Jesse Dean.

2. On April 20, 2023 a multicount complaint was accepted for filing by this Court. Summonses were issued back for service on June 7, 2023.

3. Due to support staff issues and difficulty in locating some of the defendants, service has not been effectuated.

4. Good cause, therefore exists to extend the time limit for service an additional 90 days.

WHEREFORE, for the reason stated above, the Plaintiff requests that the period to serve the defendants be extended for an additional 90 days.

                                                CLARENCE DEAN

                                                PERSONAL REPRESENTATIVE of the

                                                ESTATE OF JESSE DEAN

By His Attorneys

By:  7/7/2023

/s/ Lawrence A. Vogelman
Lawrence A. Vogelman (#10280)
Shaheen & Gordon, PA
P.O. Box 977
Dover, NH 03821
lvogelman@shaheengordon.com


/s/ D. Michael Noonan
D. Michael Noonan, Esq. (#8214)
Shaheen & Gordon, PA
P.O. Box 977
Dover, NH 03821
mnoonan@shaheengordon.com


Attorneys for Plaintiff, Clarence Dean, Personal Representative for the Estate of Jesse Dean