UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE DEAN,
Personal Representative of the
Estate of Jesse Dean,

    Plaintiff,

    Case No. 1:23-cv-408

v.

    Hon. Ray Kent

CALHOUN COUNTY, *et al*,

    Defendants.
_____/

**ORDER**

Plaintiff, through Counsel, has filed a motion for extension of time to serve defendants (ECF No. 6). Counsel filed the motion before the time limit for service expired. *See* Fed. R. Civ. P. 4(m). "When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). Here, plaintiff filed this lawsuit on April 19, 2023. However, summons were not issued until June 7, 2023. Counsel advised the Court that service had not been accomplished due to staff issues and difficulty in locating some of the defendants, and requests an additional 90 days for service. Upon due consideration, the Court finds good cause for an extension of time in this case. Accordingly,

**IT IS ORDERED** that plaintiff's motion for an extension of time (ECF No. 6) is **GRANTED in part**. Plaintiff shall have an additional **60 days** to complete service, meaning that summonses or waivers must be served by no later than **Monday, September 18, 2023**.

Dated:  August 28, 2023                                    /s/ Ray Kent
                                                                                                  RAY KENT
                                                                                                  United States Magistrate Judge