UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Clarence Dean, Personal Representative
Of the Estate of Jesse Dean,

       Plaintiff,

v.

                                       Case No.:  1:23-cv-00408
                                       Hon. Ray Kent
                                       District Judge Robert J. Jonker

County of Calhoun, Michigan, United States
of America, Ashlei Packer, RN, Nathan Meyer, RN,
Eir Pratt, LNP, Megan Greenlee, RN, Jessica
Godzieblewski, RN, Health Services Administrator,
Paul Troost, DO., and John and Jane Does,

       Defendants.

_____/

| | |
|---|---|
| Lawrence A. Vogelman (P10280) | Randall A. Juip (P58538) |
| Shaheen & Gordon, PA | Brian J. Richtarcik (P49390) |
| Attorney for Plaintiff | Catherine M. Rodey (P83529) |
| 353 Central Avenue, 2nd Floor | Foley, Baron, Metzger & Juip, PLLC |
| PO Box 977 | Attorneys for Defendants Packer, Meyer, |
| Dover, NH 03821-0977 | Pratt, Greenlee, Godzieblewski, and Troost |
| (603) 749-5000 | 38777 Six Mile Rd., Suite 300 |
| lvogelman@shaheengordon.com | Livonia, MI  48152 |
| | (734) 742-1800 |
| Leah Cole Durst | Brichtarcik@fbmjlaw.com |
| Shaheen & Gordon, PA | rajuip@fbmjlaw.com |
| Attorney for Clarence Dean | crodey@fbmjlaw.com |
| 107 Storrs Street | |
| PO Box 2703 | Andrew J. Brege (P71474) |
| Concord, NH 03302 | Thomas D. Beindit (P81133) |
| (603) 369-4713 | Rosati, Schultz, Joppich & Amtsbuechler, PC |
| ldurst@shaheengordon.com | Attorneys for Calhoun County |
| | 822 Centennial Way, Suite 270 |
| Alise Hildreth (P84862) | Lansing, MI 48917 |
| US Attorney | (517) 886-3800 |
| Attorney for US of America | abrege@rsjalaw.com |
| The Law Bldg. | tbeindit@rsjalaw.com |
| 330 Ionia Ave, NW, PO Box 208 | |
| Grand Rapids, MI 49501 | |
| (616) 456-2404 | |
| Alise.hildreth@usdoj.gov | |

_____/

**DEFENDANTS ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LNP,
MEGAN GREENLEE, RN, JESSICA  GODZIEBLEWSKI, RN, HEALTH SERVICES
ADMINISTRATOR, AND PAUL TROOST, DO'S RESPONSE IN OPPOSITION TO
PLAINTIFF'S PARTIALLY ASSENTED TO REQUEST FOR EXTENSION OF TIME TO
AMEND DEADLINE TO FILE SECOND AMENDED COMPLAINT**

NOW COME Defendants, ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR
PRATT, LNP, MEGAN GREENLEE, RN, JESSICA  GODZIEBLEWSKI, RN, HEALTH
SERVICES ADMINISTRATOR, and PAUL TROOST, DO, by and through their attorneys,
FOLEY, BARON, METZGER & JUIP, PLLC, and for their Response in Opposition to
Plaintiff's Partially Assented to Request For Extension of Time to Amend Deadline to File
Second Amended Complaint, hereby state as follows:

Defendants request this Honorable Court deny Plaintiff's Motion for Leave to
Amend his Complaint because amendment would be futile and therefore denying leave
to extend the deadline to amend the complaint is proper.

Defendants' arguments are laid out more fully in the attached brief in support,
incorporated by reference herein.

WHEREFORE, the undersigned respectfully requests that this Honorable Court
deny Plaintiff's Partially Assented To Request For Extension Of Time To Amend Deadline
To File Second Amended Complaint.

Dated: February 21, 2024          Respectfully Submitted,

.          By: */s/ Catherine M. Rodey*
          Randall A. Juip (P58538)
          Brian J. Richtarcik (P49390)
          Catherine M. Rodey (P83529)
          Foley, Baron, Metzger & Juip, PLLC
          Attorneys for Defendants Packer, Meyer, Pratt,
          Greenlee, Godzieblewski, and Troost
          38777 Six Mile Rd., Suite 300
          Livonia, MI  48152

(734) 742-1800
Brichtarcik@fbmjlaw.com
rajuip@fbmjlaw.com
crodey@fbmjlaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Clarence Dean, Personal Representative
Of the Estate of Jesse Dean,

      Plaintiff,

v.

County of Calhoun, Michigan, United States
of America, Ashlei Packer, RN, Nathan Meyer, RN,
Eir Pratt, LNP, Megan Greenlee, RN, Jessica
Godzieblewski, RN, Health Services Administrator,
Paul Troost, DO., and John and Jane Does,

      Defendants.

Case No.:  1:23-cv-00408
Hon. Ray Kent
District Judge Robert J. Jonker

_____/

| | |
|---|---|
| Lawrence A. Vogelman (P10280)<br>Shaheen & Gordon, PA<br>Attorney for Plaintiff<br>353 Central Avenue, 2nd Floor<br>PO Box 977<br>Dover, NH 03821-0977<br>(603) 749-5000<br>lvogelman@shaheengordon.com | Randall A. Juip (P58538)<br>Brian J. Richtarcik (P49390)<br>Catherine M. Rodey (P83529)<br>Foley, Baron, Metzger & Juip, PLLC<br>Attorneys for Defendants Packer, Meyer,<br>Pratt, Greenlee, Godzieblewski, and Troost<br>38777 Six Mile Rd., Suite 300<br>Livonia, MI  48152<br>(734) 742-1800<br>Brichtarcik@fbmjlaw.com<br>rajuip@fbmjlaw.com<br>crodey@fbmjlaw.com |
| Leah Cole Durst<br>Shaheen & Gordon, PA<br>Attorney for Clarence Dean<br>107 Storrs Street<br>PO Box 2703<br>Concord, NH 03302<br>(603) 369-4713<br>ldurst@shaheengordon.com | Andrew J. Brege (P71474)<br>Thomas D. Beindit (P81133)<br>Rosati, Schultz, Joppich & Amtsbuechler, PC<br>Attorneys for Calhoun County<br>822 Centennial Way, Suite 270<br>Lansing, MI 48917<br>(517) 886-3800<br>abrege@rsjalaw.com<br>tbeindit@rsjalaw.com |
| Alise Hildreth (P84862)<br>US Attorney<br>Attorney for US of America<br>The Law Bldg.<br>330 Ionia Ave, NW, PO Box 208<br>Grand Rapids, MI 49501<br>(616) 456-2404<br>Alise.hildreth@usdoj.gov | |

_____/

**BRIEF IN SUPPORT OF DEFENDANTS ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LNP, MEGAN GREENLEE, RN, JESSICA  GODZIEBLEWSKI, RN, HEALTH SERVICES ADMINISTRATOR, AND PAUL TROOST, DO'S RESPONSE IN OPPOSITION TO PLAINTIFF'S PARTIALLY ASSENTED TO REQUEST FOR EXTENSION OF TIME TO AMEND DEADLINE TO FILE SECOND AMENDED COMPLAINT**

## TABLE OF CONTENTS

Concise Statement of the Reasons in Support of Defendants' Position ..........................ii

Controlling or Most Appropriate Authority for the Relief Sought ......................................iii

Brief Statement of Facts ................................................................................................. 1

Procedural History.......................................................................................................... 1

Standard of Review ........................................................................................................ 2

Argument........................................................................................................................ 2

    A.  Amendment of Plaintiff's Complaint would be Futile............................................. 2

        (i) Plaintiff has not shown good cause that CHS TX, Inc. is the proper party in interest to justify amendment................................................................................... 3

        (ii) The Statute of Limitations to file a claim against CHS TX, Inc. has expired. ... 3

Conclusion and Relief Sought ........................................................................................ 4

Local Rule Certification .................................................................................................. 6

Certificate of Service ..................................................................................................... 7

**CONCISE STATEMENT OF THE REASONS IN SUPPORT OF
DEFENDANTS' POSITION**

Defendants Ashlei Parker, RN, Nathan Meyer, RN, Eir Pratt, LPN, Megan Greenlee, RN, Jessica Godzieblewski, RN, and Paul Troost, DO, respectfully request this Honorable Court DENY Plaintiff's Partially Assented to Request for Extension of Time to Amend Deadline to File Second Amended Complaint, as Plaintiff has not shown good cause to add CHS TX, Inc. as a defendant to this case. CHS TX, Inc. is not Corizon and has not agreed to be liable for Corizon. Moreover, amendment of Plaintiff's Complaint to add CHS TX, Inc. would be futile as the statute of limitations to bring a claim against CHS TX, Inc. has expired.

## CONTROLLING OR MOST APPROPRIATE
## AUTHORITY FOR THE RELIEF SOUGHT

Cases                                                                    Page(s)

*Beydoun v. Sessions*,
871 F.3d 459, 469 (6th Cir. 2017) ...................................................... 2

*Foman v. Davis,*
371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962). .............................. 2

*Wallace v. Kato*
549 U.S. 384, 387 (2007) ............................................................... 3


Court Rules                                                              Page(s)

Fed. R. Civ. P. 15(a)(2) ............................................................... 2

Fed. R. Civ. P. 12(b)(6) ............................................................ 2, 4


Local Rules                                                             Page(s)

Local Civil Rule 7.3(b)(i) ............................................................. 6

## I.      BRIEF STATEMENT OF FACTS

On or about December 31, 2020, Jesse Dean, an Immigration Customs Enforcement (ICE) detainee, was taken to Calhoun County Jail for incarceration. While at Calhoun County Jail, Mr. Dean received treatment by various medical providers, including the named Defendants Ashlei Parker, RN, Nathan Meyer, RN, Eir Pratt, LPN, Megan Greenlee, RN, Jessica Godzieblewski, RN, and Paul Troost, DO. On February 5, 2021, Mr. Dean passed away due to an ulcer.

## II.     PROCEDURAL HISTORY

On April 19, 2023, Plaintiff filed his 42 USC § 1983 federal civil rights complaint against Calhoun County, United States of America, Ashlei Parker, RN, Nathan Meyer, RN, Eir Pratt, LPN, Megan Greenlee, RN, Jessica Godzieblewski, RN, Paul Troost, DO, (fnu) Fish, and John and Jane Does, involving medical treatment provided to Plaintiff's Decedent, Jesse Dean, while he was held at the Calhoun County Jail. (ECF No. 1). On November 30, 2023, Plaintiff filed their First Amended Complaint removing "(fnu) Fish" as a defendant. (ECF No. 39).

The Case Management Order (CMO) entered by this Court on December 1, 2023 requires that motions to amend pleadings must be filed by December 31, 2023. (ECF No. 40). Plaintiff previously filed a motion to extend the December 31, 2023 deadline to move to amend his complaint. (ECF No. 54). That motion was denied by this Court on January 5, 2024, because, *inter alia*, Plaintiff failed to show good cause to amend the deadline. (ECF No. 55). Plaintiff now seeks to renew his motion to extend the deadline to file an amended complaint by simply reiterating the same reasons that this court has already found not to be good cause. (ECF No. 63; ECF No. 63-1).

1

## III.    STANDARD OF REVIEW

Pursuant to Fed. R. Civ. P. 15(a)(2), a party not amending its pleading as a matter of course, may only amend its pleading with the opposing party's written consent or the court's leave. "[T]he grant or denial of an opportunity to amend is within the discretion of the District Court." *Foman v. Davis*, 371 U.S. 178, 182, 83 S. Ct. 227, 9 L. Ed. 2d 222 (1962). However, denial of amendment to the Complaint is proper when there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and/or] futility of amendment". *Id.* "A proposed amendment is futile if the amendment could not withstand a Rule 12(b)(6) motion to dismiss." *Beydoun v. Sessions*, 871 F.3d 459, 469 (6th Cir. 2017) (citations omitted). Fed. R. Civ. P. 12(B)(6) permits dismissal of a Complaint when it has failed to state a claim upon which relief can be granted.

## IV.    ARGUMENT

### A.  Amendment of Plaintiff's Complaint would be Futile.

Denial of amendment to a complaint is proper when the amendment would be futile. *Foman v. Davis*, *supra,* at 182. Plaintiff is seeking an extension of the deadline to file a second amended complaint to add CHS TX, Inc. as a defendant. However, as discussed below, any such amendment would be futile. Therefore, denial of Plaintiff's request is proper.

2

**(i)      Plaintiff has not shown good cause that CHS TX, Inc. is the proper party in interest to justify amendment.**

Defendants Ashlei Parker, RN, Nathan Meyer, RN, Eir Pratt, LPN, Megan Greenlee, RN, Jessica Godzieblewski, RN, and Paul Troost, DO provided medical treatment to Plaintiff's decedent, Jesse Dean, at Calhoun County Jail while employees of Corizon. Corizon is currently involved in a bankruptcy case that has necessitated a stay of proceedings in any other lawsuit to which it is a named party. In order to get around a stay, Plaintiff alleges that Corizon's obligations have been transferred to CHS TX, Inc., and for that reason, Plaintiff wants to add them as a party to this lawsuit instead of Corizon. Plaintiff has not provided any evidence in support of this allegation or provided any legal basis showing CHS TX, Inc. is liable for Corizon.

Furthermore, Defendants Ashlei Parker, RN, Nathan Meyer, RN, Eir Pratt, LPN, Megan Greenlee, RN, Jessica Godzieblewski, RN, and Paul Troost, DO were employed by Corizon, not CHS TX, Inc., at the time period at issue in this case. Corizon and CHS TX, Inc. are legally separate business entities in both Texas and Michigan. (*See* **Exhibit A**, Texas Secretary of State Business Organization documents, and **Exhibit B**, Michigan LARA documents). Plaintiff has not produced any evidence showing CHS TX, Inc. has any involvement in this matter and has not shown good cause to amend their Complaint to add CHS TX, Inc.

**(ii)     The Statute of Limitations to file a claim against CHS TX, Inc. has expired.**

The statute of limitations for § 1983 claims is "that which the State provides for personal-injury torts". *Wallace v. Kato,* 549 U.S. 384, 387 (2007). Under Michigan law, "the period of limitations is 3 years after the time of the death or injury for all actions to

3

recover damages for the death of a person or for injury to a person or property." Mich. Comp. Laws § 600.5805(2).

Plaintiff's Decedent, Jesse Dean, was transferred to Calhoun County Jail on December 31, 2020. (ECF No. 39, PageID 243). Mr. Dean passed away on February 5, 2021. (ECF No. 39, PageID 250). Any claims for deliberate indifference for actions and/or inactions by the Defendants during that time period are subject to a 3-year statute of limitations. As such, Plaintiff must have filed a complaint against CHS TX, Inc. by February 5, 2024 in order to pursue claims against them. Plaintiff has not filed a complaint against CHS TX, Inc. within the applicable statute of limitations and has no legal basis to pursue claims against CHS TX, Inc. in this matter.

## V.   CONCLUSION AND RELIEF SOUGHT

Plaintiff's claims in an amended complaint against CHS TX, Inc. would not survive a 12(B)(6) motion to dismiss thus amendment would be futile. Not only has Plaintiff not shown that CHS TX, Inc. is a proper party in interest, Plaintiff's time to file any claims against CHS TX, Inc. has expired. As such, denial of leave for Plaintiff to file an amended complaint would be proper.

WHEREFORE, the undersigned respectfully requests that this Honorable Court deny Plaintiff's Partially Assented To Request For Extension Of Time To Amend Deadline To File Second Amended Complaint.

Dated: February 21, 2024                    Respectfully Submitted,

.                   By: */s/ Catherine M. Rodey*
                        Randall A. Juip (P58538)
                        Brian J. Richtarcik (P49390)
                        Catherine M. Rodey (P83529)
                        Foley, Baron, Metzger & Juip, PLLC

4

Attorneys for Defendants Packer, Meyer, Pratt,
Greenlee, Godzieblewski, and Troost
38777 Six Mile Rd., Suite 300
Livonia, MI  48152
(734) 742-1800
Brichtarcik@fbmjlaw.com
rajuip@fbmjlaw.com
crodey@fbmjlaw.com

## CERTIFICATE OF COMPLIANCE WITH LCivR 7.3

I, Catherine M. Rodey, certify that this brief complies with Local Civil Rule 7.3(b)(i) and contains **1253** words, the count of which was generated using the word-count feature on Microsoft Word.

Dated: February 21, 2024                    Respectfully Submitted,

.        By: */s/ Catherine M. Rodey*_____
                        Catherine M. Rodey (P83529)
                        Foley, Baron, Metzger & Juip, PLLC

**CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2024, I presented the foregoing paper to the

Clerk of the Court for filing and uploading to the ECF system, which will send notification

of such filing to the attorneys of record listed herein.

*/s/  Catherine Rodey*

# EXHIBIT A

# TEXAS SECRETARY of STATE
# JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 804552857 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | May 3, 2022 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32084416695 | **FEIN:** | |
| **Duration:** | Perpetual | | |
| | | | |
| **Name:** | CHS TX, Inc. | | |
| **Address:** | 205 POWELL PL STE 104 | | |
| | Brentwood, TN 37027-7522 USA | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| C T Corporation System | 1999 Bryan St., Ste. 900<br>Dallas, TX 75201-3136 USA | |

[ Order ]   [ Return to Search ]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

## TEXAS SECRETARY of STATE
## JANE NELSON

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 10067306 | **Entity Type:** | Foreign Limited Liability Company (LLC) |
| **Original Date of Filing:** | July 5, 1994 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 14312813125 | **FEIN:** | 431281312 |
| **Name:** | Corizon, LLC | | |
| **Address:** | 103 Powell Court | | |
| | Brentwood, TN 37027 USA | | |
| **Fictitious Name:** | N/A | | |
| **Jurisdiction:** | MO, USA | | |
| **Foreign Formation Date:** | December 31, 2013 | | |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| C T Corporation System | 1999 Bryan St., Ste. 900 Dallas, TX 75201-3136 USA | |

[ Order ]  [ Return to Search ]

Instructions:
🔴 To place an order for additional information about a filing press the 'Order' button.

# EXHIBIT B

**LARA Corporations Online Filing System**
Department of Licensing and Regulatory Affairs

---

**ID Number: 802911090**

[ Request certificate ]   [ Return to Results ]   [ New search ]

**Summary for: CHS TX, INC.**

**The name of the FOREIGN PROFIT CORPORATION:**   CHS TX, INC.

---

**Entity type:**   FOREIGN PROFIT CORPORATION

**Identification Number:** 802911090

---

**Date of Qualification in Michigan:**   09/06/2022

---

**Incorporated under the laws of:** the state of Texas

**Purpose:**

---

**Term:**   Perpetual

---

**Most Recent Annual Report:**   2023      **Most Recent Annual Report with Officers & Directors:**   2023

---

**The name and address of the Resident Agent:**

Resident Agent Name:      C T CORPORATION SYSTEM

Street Address:      40600 ANN ARBOR ROAD E STE 201

Apt/Suite/Other:

City:      PLYMOUTH      State: MI      Zip Code:   48170

**Registered Office Mailing address:**

P.O. Box or Street Address:      103 POWELL COURT

Apt/Suite/Other:

City:      BRENTWOOD      State:      Zip Code:   37027

---

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | F JEFFERY SHOLEY | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| TREASURER | DR. GREGG LADELE | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| SECRETARY | J SCOTT KING | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| DIRECTOR | DR. GREGG LADELE | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| DIRECTOR | F JEFFERY SHOLEY | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| DIRECTOR | J SCOTT KING | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |

---

**Acts Subject To:**   284-1972 Business Corporation Act

| Total Authorized Shares | Shares Attributable to Michigan | Most Recent Apportionment % | Year Ending |
|---|---|---|---|
| 15,000 | 60,000 | 1.4746% | 2022 |

**View Assumed Names for this Business Entity**

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME
```

**View filings**

**Comments or notes associated with this business entity:**

LARA FOIA Process          Transparency          Office of Regulatory Reinvention          State Web Sites

Michigan.gov Home          ADA          Michigan News          Policies

Copyright 2024 State of Michigan



**ID Number: 801025644**

[ Request certificate ]    [ Return to Results ]    [ New search ]

**Summary for: CORIZON HEALTH, INC.**

**The name of the FOREIGN PROFIT CORPORATION:** CORIZON HEALTH, INC.

**The name used to transact business in Michigan:** CORIZON OF MICHIGAN

---

**The prior true name in home state:** PRISON HEALTH SERVICES, INC. **changed on:** 07-02-2012

---

**Entity type:** FOREIGN PROFIT CORPORATION

**Identification Number:** 801025644 **Old ID Number:** 639354

---

**Date of Qualification in Michigan:** 09/25/2000

---

**Incorporated under the laws of:** the state of Delaware

**Purpose:**

---

**Term:** Perpetual

---

**Most Recent Annual Report:** 2022          **Most Recent Annual Report with Officers & Directors:** 2022

---

**The name and address of the Resident Agent:**

Resident Agent Name:        THE CORPORATION COMPANY

Street Address:             40600 ANN ARBOR RD E

Apt/Suite/Other:            SUITE 201

City:           PLYMOUTH          State: MI          Zip Code: 48170

**Registered Office Mailing address:**

P.O. Box or Street Address:    205 POWELL PLACE, BRENTWOOD, TN 37027

Apt/Suite/Other:            SUITE 104

City:           BRENTWOOD         State: TN          Zip Code: 37027

---

**The Officers and Directors of the Corporation:**

| Title | Name | Address |
|---|---|---|
| PRESIDENT | SARA TIRSCHWELL | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| TREASURER | F. JEFFREY SHOLEY | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| SECRETARY | J. SCOTT KING | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| DIRECTOR | ISAAC LEFKOWITZ | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| DIRECTOR | DAVID GEFNER | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| DIRECTOR | ABE GOLDBERGER | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 |

| | | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
|---|---|---|
| DIRECTOR | JAY LEITNER | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |
| DIRECTOR | SARA TIRSCHWELL | 205 POWELL PLACE SUITE 104 BRENTWOOD, TN 37027 USA |

| Total Authorized Shares | Shares Attributable to Michigan | Most Recent Apportionment % | Year Ending |
|---|---|---|---|
| 1,000 | 60,000 | 18.5361% | 2021 |

**View Assumed Names for this Business Entity**

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

**View filings**

**Comments or notes associated with this business entity:**

LARA FOIA Process     Transparency     Office of Regulatory Reinvention     State Web Sites

Michigan.gov Home     ADA     Michigan News     Policies

Copyright 2024 State of Michigan