UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE DEAN,<br>Personal Representative of the<br>Estate of Jesse Dean,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALHOUN COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-408<br><br>Hon. Robert J. Jonker<br>United States District Court Judge<br><br>Hon. Ray Kent<br>U.S. Magistrate Judge |

**PLAINTIFF'S MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT AND DISTRIBUTE WRONGFUL DEATH PROCEEDS**
**(PARTIAL SETTLEMENT)**

Plaintiff, Darren Findling (formerly Clarence Dean), Personal Representative of the Estate of Jesse Dean, deceased (hereinafter referenced as the "Estate"), states as follows in support of his Motion:

1. In his capacity as Personal Representative of the Estate of Jesse Dean, Deceased, Clarence Dean retained counsel, Shaheen & Gordon, P.A., on a contingency fee basis, to pursue claims arising from the wrongful death of Jesse Dean. New successor Personal Representative Darren Findling was appointed on March 28, 2025, in furtherance of the instant settlement. Letters of Authority for Darren Findling are attached hereto as Exhibit A.

2. For multiple days while detained at the Calhoun County Jail, Jesse Dean endured significant gastrointestinal distress, but failed to receive appropriate medical attention or treatment. Over the course of just over one month, Jesse Dean developed a duodenal ulcer, which went untreated, ultimately resulting in a gastrointestinal hemorrhage. As such, Plaintiff's decedent suffered death.

1

3. This immediate action requests relief under 42 U.S.C. §1983 for all damages available under the Wrongful Death Act as well as 42 U.S.C §1983, §1988 and various other state law claims.

4. The Plaintiff has reached a settlement with Defendant Calhoun County *only* in the amount of $75,000.

5. The settlement is fair, reasonable, and in the best interest of the Estate as well as the wrongful death claimants. Plaintiff seeks approval of the settlement, attorney fees and costs, and proposed distribution pursuant to the Wrongful Death Statute MCL 600.2922. Given that this is only a partial settlement, Plaintiff's primary counsel, Shaheen & Gordon, has reduced the costs and fees it seeks to collect from this partial settlement to the amount of $25,000.00 in attorneys fees, and $10,000.00 in costs.[1] Shaheen & Gordon reserves the right to collect additional fees and costs from the future settlement(s).

5. The Darren Findling Law firm is owed $4,000 for probate administration expenses which has been reduced in light of limited settlement. The Darren Findling Law Firm reserves the right to collect additional fees from the future settlement(s).

6. After payment of the attorney fees and costs, the remainder of the wrongful death proceeds shall be distributed as provided by MCL 600.2922(6)(d).

7. The funeral and burial, in the amount of $10,409.69, was paid-in-full through a combined effort of decedent's siblings. Decedent's siblings are owed reimbursement to be divided equally amongst the five siblings: Sandra Dean Smith, Sharon Dean, Clarence Dean, Raymond Dean, and Sonia Dean Mortimer.

8. There are no additional claims for funeral, medical or hospital expenses for which the Estate is liable.

---

[1] The total costs for this matter are currently $67,333.26.

9. The proceeds cannot be used to satisfy any other claims against the Estate. See MCL 600.2922(6)(d).

10. That Decedent died intestate.

11. The wrongful death claimants identified by MCL 600.2922(3) include the following persons:

- Dexter Dean, son

South Bimini, Bahamas

PO Box N9970

- Sandra Dean Smith, sibling

#18 Premiers Avenue

Blue Hill Heights

Nassau, Bahamas

PO Box N 9970

- Sharon Dean, sibling

#15 Peardale

Nassau, Bahamas

PO Box N9970

- Clarence Dean, sibling

#13 Mastic Circle

Blue Hill Heights

Nassau, Bahamas

PO Box N9970

- Raymond Dean, sibling

#19 Sunriseway and Violet Drive

Winton Meadows

Nassau, Bahamas

PO Box N9970

- Sonia Dean Mortimer, sibling

#15 Peardale

Nassau, Bahamas

PO Box N9970

14. After payment of costs and attorney fees and reimbursement of funeral expenses, Plaintiff seeks distribution of the net settlement proceeds as follows as set forth in the following percentages:

- **Dexter Dean, son – 50%**
- **Sandra Dean, sibling – 10%**
- **Sharon Dean, sibling – 10%**
- **Clarence Dean, sibling – 10%**
- **Raymond Dean, sibling – 10%**
- **Sonia Dean Mortimer, sibling – 10%**

15. Plaintiff requests that all future settlements arising from this action be paid to the wrongful death claimants in the same percentages enumerated herein.

16. The wrongful death claimants have been afforded with Notice of Hearing and a copy of this Motion within the time afforded by law prior to the scheduled hearing.

16. A Proposed Order is attached. **Exhibit B – Proposed Order**

Wherefore, Plaintiff, Darren Findling (formerly Clarence Dean), Personal Representative of the Estate of Jesse Dean, deceased, requests that this Honorable Court enter an Order:

A) Approving the partial settlement;

B) Approving attorney fees and costs and payment thereof;

C) Approving the proposed distribution provided herein;

D) Allocating the distribution of future proceeds to be distributed in accordance with the percentages set forth herein;

E) Any other relief deemed fair and just.

I declare under the penalties of perjury that this Motion has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

DATED: August 8, 2025                    Respectfully submitted,

Darren Findling (formerly Clarence Dean), as Personal Representative of the Estate of Jesse Dean

By and through counsel
Shaheen & Gordon

 /s/ Leah Cole Durst
Leah Cole Durst, NH Bar #273679
D. Michael Noonan, NH Bar #8214
P.O. Box 2703
Concord, NH 03302
603-225-7262
ldurst@shaheengordon.com
mnoonan@shaheengordon.com

## CERTIFICATE OF SERVICE

I, Leah Cole Durst, certify that on this date, a copy of the foregoing filing was served upon all counsel of record via the Court's electronic filing and service system.

                                        */s/ Leah Cole Durst*
                                        Leah Cole Durst