UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE DEAN,

        Plaintiff,

v.

COUNTY OF CALHOUN et al.,

        Defendants.
_____/

Case No. 1:23-cv-408

HON. ROBERT J. JONKER

## ORDER

Plaintiff is the successor personal representative of Clarence Dean, deceased.  Plaintiff has reached a settlement with defendant Calhoun County for resolution of the claims pending against the County in this case for payment of $75,0000.  Plaintiff moves for authority to distribute the proceeds of the settlement as follows:  1) $25, 000 in attorney fees; 2) $10,000 to plaintiff's counsel in partial reimbursement of costs; 3) $4,000 to the Darren Findling Law firm for probate services; 4) $10,409.69 to decedent's five siblings, in equal shares, for reimbursement of funeral expenses; and 5) fifty-percent (50%) of the remaining net balance to decedent's son; and 5) the remaining balance split in each shares to each of decedent's five siblings (10% each).

The motion papers identify the individuals eligible to recover under the Michigan Wrongful Death Act, who are decedent's son and his five siblings.  There is no indication that any are in need of a guardian ad litem, and all have received notice of the proposed settlement and distribution.  The Court schedules a hearing for **October 2, 2025, at 3:00 p.m.**, to consider the Motion.  Plaintiff's counsel shall serve the proposed beneficiaries with a copy of this Order, and file a proof of service.  Any objections to the proposed settlement distribution must be in writing

not later than **September 25, 2025**.  In the absence of any timely filed objections, the Court will conclude that all interested parties consent, will grant the Motion and will cancel the hearing.

    IT IS SO ORDERED.


Dated:  August 20, 2025             /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE