UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Clarence Dean, Personal Representative
of the Estate of Jesse Dean,

       Plaintiff,

v

County of Calhoun, Michigan,
~~United States of America~~, Ashlei Packer, RN,
Nathan Meyer, RN, Eir Pratt, LNP, Megan Greenlee, RN
Jessica Godzieblewski, RN, Health Services Administrator,
Paul Troost, DO, and John and Jane Doe,

       Defendants.

Case No. 1:23-cv-00408-RJJ-RSK

Honorable Robert J. Jonker

Magistrate Judge Ray S. Kent

_____/

Leah Cole Durst
Shaheen & Gordon, P.A. (Concord)
Attorney for Plaintiff
107 Storrs St., P.O. Box 2703
Concord, NH 03302
(603) 369-4713
ldurst@shaheengordon.com

Lawrence A. Vogelman
Shaheen & Gordon, P.A. (Dover)
Attorney for Plaintiff
353 Central Ave., 2nd Fl., P.O. Box 977
Dover, NH 03821-0977
(603) 749-5000
lvogelman@shaheengordon.com

~~Alise Hildreth (P84862)~~
~~U.S. Attorney (Grand Rapids)~~
~~Attorney for Defendant United States of America~~
~~The Law Bldg.~~
~~330 Ionia Ave., NW, P.O. Box 208~~
~~Grand Rapids, MI 49501-0208~~
~~(616) 456-2404~~
~~Alise.Hildreth@usdoj.gov~~

Brian J. Richtarcik (P49390)
Randall A. Juip (P58538)
Foley Baron Metzger & Juip, PLLC
Attorneys for Defendants Packer, Meyer, Pratt,
Greenlee, Godzieblewski & Troost
38777 Six Mile Road, Ste. 300
Livonia, MI 48152
(734) 742-1800
brichtarcik@fbmjlaw.com
rajuip@fbmjlaw.com
crodey@fbmjlaw.com

Andrew J. Brege (P71474)
Thomas D. Beindit (P81133)
Rosati, Schultz, Joppich & Amtsbuechler, P.C.
Attorneys for Defendant Calhoun Co., only
822 Centennial Way, Suite 270
Lansing, MI 48917
(517) 886-3800
abrege@rsjalaw.com
tbeindit@rsjalaw.com

_____/

# DEFENDANT CALHOUN COUNTY'S RESPONSE TO PLAINTIFF'S MOTION TO APPROVE WRONGFUL DEATH SETTLEMENT AND DISTRIBUTE WRONGFUL DEATH PROCEEDS (PARTIAL SETTLEMENT)

**NOW COMES** the Defendant, Calhoun County, by and through its attorneys, ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C., and in response to Plaintiff's Motion to Approve Wrongful Death Settlement and Distribute Wrongful Death Proceeds (Partial Settlement) states as follows:

1. In response to Paragraph One of Plaintiff's Motion, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

2. In response to Paragraph Two of Plaintiff's Motion, Defendant admits that Jesse Dean was incarcerated in the Calhoun County Jail in late 2020 and early 2021 and passed away shortly thereafter. As to any allegations suggesting misconduct on the part of Calhoun County or its Jail staff, Defendant denies as untrue. To the extent any further response is required, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

3. In response to Paragraph Three of Plaintiff's Motion, Defendant acknowledges that Plaintiff has asserted his claims under 42 U.S.C. § 1983 as well as the Michigan Wrongful Death Act. As to any remaining allegations, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

4. In response to Paragraph Four of Plaintiff's Motion, Defendant acknowledges that a settlement has been reached between Plaintiff and Defendant Calhoun County in the amount of $75,000.00.

5. In response to Paragraph Five of Plaintiff's Motion, Defendant believes this is a fair and reasonable settlement and requests the Court approve this settlement. To the extent any further response is required, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

6. In response to Paragraph Six of Plaintiff's Motion, Defendant takes no response regarding the disbursement of any settlement proceeds. To the extent any further response is

required, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

7. In response to Paragraph Seven of Plaintiff's Motion, Defendant takes no response regarding the disbursement of any settlement proceeds. To the extent any further response is required, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

8. In response to Paragraph Eight of Plaintiff's Motion, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

9. In response to Paragraph Nine of Plaintiff's Motion, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

10. In response to Paragraph Ten of Plaintiff's Motion, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

11. In response to Paragraph 11 of Plaintiff's Motion, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

12. [sic] In response to Paragraph 14 of Plaintiff's Motion, Defendant takes no response regarding the disbursement of any settlement proceeds. To the extent any further response is required, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

13. [sic] In response to Paragraph 15 of Plaintiff's Motion, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

14. [sic] In response to Paragraph 16 of Plaintiff's Motion, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

15. [sic] In response to Paragraph 16 of Plaintiff's Motion, Defendant notes that Exhibit 2 appears to be a proposed Order regarding this settlement. As to any remaining allegations, Defendant neither admits nor denies and leaves Plaintiff to his proofs.

    Respectfully submitted,

    ROSATI SCHULTZ JOPPICH &
    AMTSBUECHLER PC

    /s/ Thomas D. Beindit
    Thomas D. Beindit (P81133)
    Attorney for Defendant Calhoun County
    822 Centennial Way, Ste. 270
    Lansing, MI 48917
    (517) 886-3800
    tbeindit@rsjalaw.com

Dated: September 16, 2025

**Proof of Service**

I hereby certify that on September 16, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record listed herein.

    Respectfully submitted,

    ROSATI SCHULTZ JOPPICH &
    AMTSBUECHLER PC

    /s/ Thomas D. Beindit
    Thomas D. Beindit (P81133)
    Attorney for Defendant Calhoun County
    822 Centennial Way, Ste. 270
    Lansing, MI 48917
    (517) 886-3800
    tbeindit@rsjalaw.com

Dated: September 16, 2025