UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE DEAN,

        Plaintiff,

v.

COUNTY OF CALHOUN et al.,

        Defendants.
_____/

Case No. 1:23-cv-408

HON. ROBERT J. JONKER

# ORDER

This is a wrongful death action.  Plaintiff has reached a settlement with defendant Calhoun County and seeks authority for distribution of the settlement proceeds.  (ECF No. 139).  Plaintiff has identified all potential beneficiaries under the Michigan Wrongful Death Statute, none of whom need a guardian ad litem.  Plaintiff has provided notice to all interested parties, and the Court has set a deadline of September 25, 2025, for any objections. (ECF No. 140).  No one has filed a timely objection.  Defendant Calhoun County agrees the proposed settlement is fair and reasonable.  (ECF No. 143, at PageID.1793).

Based on all matters of record, including the absence of any timely objection by any interested party, the Court believes it can approve the settlement and proposed distribution of this partial settlement without the need for a hearing in open Court.  **The hearing set for October 2, 2025 is therefore CANCELLED**.  The Court will enter the proposed approval Order accompanying the Motion (ECF No. 139-2), as well as the stipulated dismissal of defendant Calhoun County only (ECF No. 138).

The case remains open as to all other remaining claims against all other remaining defendants.

IT IS SO ORDERED.

Dated:  September 29, 2025          /s/ Robert J. Jonker
                                                             ROBERT J. JONKER
                                                             UNITED STATES DISTRICT JUDGE