UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE DEAN, ) | |
| Personal Representative of the ) | Case No. 1:23-cv-408 |
| Estate of Jesse Dean, ) | |
| ) | Hon. Robert J. Jonker |
| Plaintiff, ) | United States District Court Judge |
| ) | |
| v. ) | Hon. Ray Kent |
| ) | U.S. Magistrate Judge |
| CALHOUN COUNTY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER APPROVING WRONGFUL DEATH SETTLEMENT AND DISTRIBUTION OF WRONGFUL DEATH PROCEEDS (PARTIAL SETTLEMENT)**

This matter having come before the Court by way of Plaintiff's *Motion to Approve Wrongful Death Settlement and Distribution of the Proceeds*, evidence having been presented, and this Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that the settlement for the wrongful death of Jesse Dean as to defendant Calhoun County *only* is found to be fair, reasonable, and in the best interest of the Estate and wrongful death claimants and is hereby approved.

**IT IS FURTHER ORDERED** that Shaheen & Gordon, P.A.'s costs in the amount of $10,000.00, and one-third attorney fees, are hereby approved and shall be paid from settlement proceeds, and that Darren Findling Law's fees in the amount of $4,000.00 for probate administration expenses are hereby approved and shall be paid from settlement proceeds.

**IT IS FURTHER ORDERED** that the distribution of wrongful death proceeds shall be thereafter be prioritized for the funeral and burial expenses, totaling $10,409.69, which shall be reimbursed to decedent's siblings in equal amounts.

**IT IS FURTHER ORDERED** that the distribution of wrongful death proceeds shall be

made to the Estate and wrongful death claimants:

- Dexter Dean, son – 50%
- Sandra Dean, sibling – 10%
- Sharon Dean, sibling – 10%
- Clarence Dean, sibling – 10%
- Raymond Dean, sibling – 10%
- Sonia Dean Mortimer, sibling – 10%

**IT IS FURTHER ORDERED** that all future proceeds derived from this action be distributed in accordance with the percentages set forth in this Order.

**IT IS SO ORDERED.**

This is NOT a final order and does NOT close this case.

Dated: September 29, 2025

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE