UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Clarence Dean, Personal Representative
Of the Estate of Jesse Dean,

        Plaintiff,

v.

Ashlei Packer, RN, Nathan Meyer, RN,
Eir Pratt, LNP, Megan Greenlee, RN,
Jessica Godzieblewski, RN, Health
Services Administrator, Paul Troost, DO.,
and John and Jane Does,

        Defendants.

Case No.:  1:23-cv-00408
Hon. Ray Kent
District Judge Robert J. Jonker

_____/

| | |
|---|---|
| Lawrence A. Vogelman (P10280)<br>Shaheen & Gordon, PA<br>Attorney for Plaintiff<br>353 Central Avenue, 2nd Floor<br>PO Box 977<br>Dover, NH 03821-0977<br>(603) 749-5000<br>lvogelman@shaheengordon.com | Randall A. Juip (P58538)<br>Brian J. Richtarcik (P49390)<br>Chloe S. Schumacher (P81037)<br>Foley, Baron, Metzger & Juip,<br>PLLC<br>Attorneys for Defendants Ashlei<br>Packer, RN, Nathan Meyer, RN,<br>Eir Pratt, LNP, Megan Greenlee,<br>RN, Jessica Godzieblewski, RN,<br>and Paul Troost, DO |
| Leah Cole Durst<br>Shaheen & Gordon, PA<br>Attorney for Clarence Dean<br>107 Storrs Street<br>PO Box 2703<br>Concord, NH 03302<br>(603) 369-4713<br>ldurst@shaheengordon.com | 38777 Six Mile Rd., Suite 300<br>Livonia, MI  48152<br>(734) 742-1800<br>Brichtarcik@fbmjlaw.com<br>rajuip@fbmjlaw.com<br>cschumacher@fbmjlaw.com |

_____/

**FOLEY BARON METZGER & JUIP, PLLC LAW FIRM'S MOTION
TO WITHDRAW AS ATTORNEYS FOR DEFENDANTS**

**NOW COMES** FOLEY BARON METZGER & JUIP, PLLC ("FBMJ"), counsel for Defendants, ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO, ("Clients"), respectfully move this Honorable Court for leave to withdraw as counsel of record pursuant to W.D. Mich. LGenR 2.5, and in support states as follows:

1. This is a deliberate indifference lawsuit brought pursuant to 42 U.S.C. §1983, alleging violations of Plaintiff's Eighth and Fourteenth Amendment Rights.

2. FBMJ and their attorneys entered their appearances in this matter on behalf of Clients, ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO and have continued to represent them through the date of this motion to withdraw.

3. At all times FBMJ has diligently represented the Clients in the above-captioned matter.

4. Pursuant to LGenR 2.5 of the Local Rules of the United States District Court for the Western District of Michigan, the undersigned attorney hereby requests the Court that FBMJ and their attorneys, Randall A. Juip, Brian J. Richtarcik, and Chloe S. Schumacher, currently listed as counsel

of record for Clients who are defendants in this case, shall be permitted to withdraw as counsel for Clients in this case.

5. FBMJ has continued to have issues concerning certain obligations involving Clients honoring their obligations to FBMJ (including the payment of FBMJ's attorney fees incurred in Clients' representation). This has gotten to the point that FBMJ and their attorneys can no longer continue to represent Clients.

6. Continued representation of Clients by FBMJ under the circumstances will result in an unreasonable financial burden on FBMJ and hence further representation of Clients has been rendered unreasonably difficult by the clients.

7. Good cause exists for withdrawal due to the nonpayment of FBMJ's attorney fees reasonably incurred in this matter in the defense of Clients.

8. There is a complete breakdown in communications concerning the financial burden placed on FMBJ amounting to irreconcilable differences with Clients such that counsel is unable to continue defending Clients moving forward.

9. FBMJ's continued representation of Clients under the circumstances, if not permitted to withdraw as counsel, will result in undue hardship to FBMJ and their attorneys.

10.     Withdrawal will not result in undue delay or prejudice to any party in this matter as discovery is open and ongoing and a trial date has not been determined.

11.     Clients have been notified of his motion via email correspondence and advised of the obligation to comply with all court orders and deadlines.

12.     FBMJ is unaware what arrangements Clients intend to make to retain substitute counsel and have them file an appearance or whether Clients intend to proceed pro se until new counsel appears.

13.     Counsel requests that if this motion to withdraw is granted, the Court should stay all proceedings in this case for 90 days to provide Clients adequate time to retain new counsel and have them file an appearance on their behalf.

14.     District Court has power to stay proceeding as part of its inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Esperson v. Trugreen Ltd. P'ship*, 2010 U.S. Dist. LEXIS 64637 *4 (W.D. TN June 29, 2010).

15.     FBMJ has advised Clients about the present motion and served a copy of this motion on Clients and remaining parties.

4

16.     A proposed order concerning the relief sought in this motion is attached as Exhibit A.

17.     Pursuant to Local Rule 7.1(d), on 1/15/2026 Brian Richtarcik conducted a conference on behalf of FBMJ with Plaintiff's Attorney Leah Cole Durst, to discuss the relief sought in the present motion, and all counsel participating concurred in the relief sought.

WHEREFORE, Foley Baron Metzger & Juip, PLLC respectfully requests that this Honorable Court shall grant this Motion and enter an Order permitting Foley Baron Metzger & Juip, PLLC**, including but not limited to attorneys Randall A. Juip, Brian J. Richtarcik and Chloe S. Schumacher,** to withdraw as counsel of record for Defendants **ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO**, and order that the present action be stayed for ninety (90) days for the purpose of permitting Clients the opportunity to retain the services of another attorney to represent them in this matter and have their new attorney file an appearance in the present case on their behalf.

Respectfully submitted,

Dated:  January 16, 2026.

By:  */s/ Brian J. Richtarcik*
Brian J. Richtarcik  (P49390)
Foley, Baron, Metzger & Juip, PLLC
Attorneys for Defendants
Ashlei Packer, RN, Nathan Meyer, RN,
Eir Pratt, LNP, Megan Greenlee, RN,
Jessica Godzieblewski, RN, Paul
Troost, DO
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1800 / Fax (734) 521-2379
brichtarcik@fbmjlaw.com

## BRIEF IN SUPPORT OF
## FOLEY BARON METZGER AND JUIP, PLLC LAW FIRM'S MOTION
## TO WITHDRAW AS ATTORNEYS FOR DEFENDANTS

FOLEY BARON METZGER & JUIP, PLLC (FBMJ) and undersigned

Counsel, rely on and incorporate the facts and law outlined in the preceding

Motion as if fully set forth herein.

An attorney's appearance in this District continues until the entry of a

final order or judgment or the entry of a withdrawal or substitution order.

LGenR 2.5. Withdrawal of appearance may be accomplished only by leave

of court. Id. A decision to allow counsel to withdraw is at the discretion of

the Court. When considering withdrawal requests, courts turn to the Model

Rules of Professional Conduct for guidance. *Brandon v. Blech*, 560 F.3d

536, 538 (6th Cir. 2009).

6

As relevant here, Model Rule 1.16(b) permits a lawyer to withdraw from representing a client if:

> (1) withdrawal can be accomplished without material adverse effect on the interests of the client;
> ...
> (5) the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled;
> (6) the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client; or
> (7) other good cause for withdrawal exists.

*Mitsuiya Indus. Co., Ltd.. v. Formed Fiber Techs., Inc.*, No. 2:20-CV-10941-TGB-RSW, 2023 U.S. Dist. LEXIS 225818, at *5-6 (E.D. Mich. Dec. 19, 2023). Michigan Rule of Professional Conduct 1.16(b) substantially mirrors the Model Rule. Together, these rules stop short of guaranteeing a right to withdraw, but they presume that withdrawal is permissible if the rule requirements are satisfied. *Brandon*, 560 F.3d at 538.

In the present case, FBMJ argues they have satisfied the criteria for withdrawal under these rules. They warned the client responsible for payment of legal fees on multiple occasions that they would withdraw if it legal fees remained unpaid. Numerous discussions have failed to resolve the issue. Refusal to pay after this warning supplies good cause for withdrawal. The refusal to pay legal bills represents a substantial failure to

7

"fulfill an obligation to [Clients'] lawyer[s]." The present circumstances has rendered the representation of Clients unreasonably difficult. Movant argues that there are no special circumstances that weigh against granting the request to withdraw.

WHEREFORE, Foley Baron Metzger & Juip, PLLC respectfully requests that this Honorable Court shall grant this Motion and enter an Order permitting Foley Baron Metzger & Juip, PLLC**, including but not limited to attorneys Randall A. Juip, Brian J. Richtarcik and Chloe S. Schumacher,** to withdraw as counsel of record for Defendants ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO, and order that the present action be stayed for ninety (90) days for the purpose of permitting Clients the opportunity to retain the services of another attorney to represent them in this matter and have their new attorney file an appearance in the present case on their behalf.

Respectfully submitted,

Dated:  January 16, 2026.

By*: /s/  Brian J. Richtarcik*
Brian J. Richtarcik  (P49390)
Foley, Baron, Metzger & Juip, PLLC
Attorneys for Defendants
Ashlei Packer, RN, Nathan Meyer, RN,
Eir Pratt, LNP, Megan Greenlee, RN,
Jessica Godzieblewski, RN, Paul
Troost, DO
38777 Six Mile Road, Suite 300
Livonia, MI  48152
(734) 742-1800 / Fax (734) 521-2379
brichtarcik@fbmjlaw.com

### PROOF OF SERVICE

I hereby certify that on January 16, 2026, I served the foregoing document upon all counsel of record via E-File with the US District County for the Western District. Further, I hereby certify that I have emailed and mailed or caused to be mailed by the US Postal Service a copy of the Motion to the last known address for the following individuals: **ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO.**

*/s/ Lynn Rose*
Lynn Rose

9