# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Clarence Dean, Personal Representative
Of the Estate of Jesse Dean,

      Plaintiff,

v.

Ashlei Packer, RN, Nathan Meyer, RN,
Eir Pratt, LNP, Megan Greenlee, RN,
Jessica Godzieblewski, RN, Health
Services Administrator, Paul Troost, DO.,
and John and Jane Does,

      Defendants.

Case No.:  1:23-cv-00408
Hon. Ray Kent
District Judge Robert J. Jonker

_____/

| | |
|---|---|
| Lawrence A. Vogelman (P10280)<br>Shaheen & Gordon, PA<br>Attorney for Plaintiff<br>353 Central Avenue, 2nd Floor<br>PO Box 977<br>Dover, NH 03821-0977<br>(603) 749-5000<br>lvogelman@shaheengordon.com | Randall A. Juip (P58538)<br>Brian J. Richtarcik (P49390)<br>Chloe S. Schumacher (P81037)<br>Foley, Baron, Metzger & Juip, PLLC<br>Attorneys for Defendants Ashlei Packer, RN, Nathan Meyer, RN, Eir Pratt, LNP, Megan Greenlee, RN, Jessica Godzieblewski, RN, and Paul Troost, DO |
| Leah Cole Durst<br>Shaheen & Gordon, PA<br>Attorney for Clarence Dean<br>107 Storrs Street<br>PO Box 2703<br>Concord, NH 03302<br>(603) 369-4713<br>ldurst@shaheengordon.com | 38777 Six Mile Rd., Suite 300<br>Livonia, MI  48152<br>(734) 742-1800<br>Brichtarcik@fbmjlaw.com<br>rajuip@fbmjlaw.com<br>cschumacher@fbmjlaw.com |

_____/

## ORDER GRANTING FOLEY BARON METZGER AND JUIP, PLLC LAW FIRM'S MOTION TO WITHDRAW AS ATTORNEYS FOR DEFENDANTS

The Court, having reviewed Foley Baron Metzger & Juip, PLLC's Motion To Withdraw As Attorneys For Defendants, including ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO., pursuant to W.D. Mich. LGenR 2.5, and the Court being more fully advised in the premises;

IT IS HEREBY ORDERED that the Motion To Withdraw As Attorney Defendants ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO is GRANTED.

IT IS FURTHER ORDERED this case shall be stayed for ninety (90) days in order for Defendants ASHLEI PACKER, RN, NATHAN MEYER, RN, EIR PRATT, LPN, MEGAN GREENLEE, RN, JESSICA GODZBIEWSKI, RN and PAUL TROOST, DO to locate and retain new legal representation and file an appearance by their new attorney, after which time the stay shall be lifted and the case will proceed.

_____
DISTRICT COURT JUDGE