UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| Case No: | 1:23-cv-00408-RJJ-RSK |
|---|---|

| Caption: | Dean v. Calhoun, County of, et al. |
|---|---|

| Date:<br>January 20, 2026 | Time:<br>11:00 – 11:20 a.m. | Place:<br>Grand Rapids | Magistrate Judge:<br>Hon. Ray Kent |
|---|---|---|---|

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Leah C. Durst | Clarence Dean |
| **DEFENDANTS:** | Brian J. Richtarcik | Ashlei Packer, Nathan Meyer, Eir Pratt, Megan Greenlee, Jessica Godzieblewski, Paul Troost |

**PROCEEDINGS**

**NATURE OF HEARING:**

**Status Conference (ECF No. 149) held by video.**

Proceedings Digitally Recorded

Deputy Clerk: K. Belanger