UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

Clarence Dean, Personal Representative
Of the Estate of Jesse Dean,
      Plaintiff,

Case No.:  1:23-cv-00408
Hon. Robert J. Jonker
Mag. Judge Ray S. Kent

 County of Calhoun, Michigan, et al.
     Defendants.

_____/

| | |
|---|---|
| D. Michael Noonan (NH #8214)<br>Shaheen & Gordon, PA<br>Attorney for Plaintiff<br>353 Central Avenue, 2nd Floor<br>PO Box 977<br>Dover, NH 03821-0977<br>(603) 749-5000<br>mnoonan@shaheengordon.com<br><br>Leah Cole Durst (NH #273679)<br>Shaheen & Gordon, P.A.<br>(Concord) Attorney for Plaintiff<br>107 Storrs St., P.O. Box 2703<br>Concord, NH 03302<br>(603) 369-4713<br>ldurst@shaheengordon.com | Randall A. Juip (P58538)<br>Brian J. Richtarcik (P49390)<br>Chloe S. Schumacher (P81037)<br>Foley, Baron, Metzger & Juip, PLLC<br>Attorneys for Defendants, Ashlei<br>Packer, RN, Nathan Meyer, RN, Eir<br>Pratt, LNP, Megan Greenlee, RN,<br>Jessica Godziebiewski, RN, and Paul<br>Troost, DO., only.<br>38777 Six Mile Rd., Suite 300<br>Livonia, MI  48152<br>(734) 742-1800<br>Brichtarcik@fbmjlaw.com<br>rajuip@fbmjlaw.com<br>cschumacher@fbmjlaw.com |

_____/

**PLAINTIFF'S MOTION FOR STATUS CONFERENCE**

NOW COME Plaintiff, Estate of Jesse Dean, by and through his attorneys, Shaheen & Gordon, P.A., and respectfully requests that this Court schedule a status conference at the Court's convenience to discuss the resolution of the Bankruptcy stay.

This motion is based upon the following:

1

1.      On June 5, 2025, this Court ordered that the underlying matter should be stayed as a result of a "channeling injunction" originating in the U.S. Bankruptcy Court for the Southern District of Texas (Houston Division) in *In Re Tehum Care Services, Inc.* (f/k/a Corizon Health, Inc.), Case No. 23-90086 (CML), (the "Bankruptcy Case").

2.      This stay was to remain in place unless or until the stay was lifted in the Bankruptcy case.

3.      On January 16, 2026, counsel for defendants, moved to withdraw from representation.

4.      On January 20, 2026, this Court held a scheduling conference to inquire about the status of the stay. At that point, Plaintiff had successfully contested the channeling injunction in the Bankruptcy Case, but it had been appealed. Given the pending appeal, this Court took no action, the stay remained in place, and defense counsel's motion was not acted upon.

5.      On March 4, 2026, the Bankruptcy Court in the Bankruptcy Case terminated the "channeling injunction" due to the Debtor's failure to fund the relevant trusts, created pursuant to its own bankruptcy plan, intended to fund certain personal injury and wrongful death settlements.   The Order terminating the channeling injunction is attached hereto as <u>Exhibit A</u>.

6. Accordingly, this matter is no longer subject to any injunction or release and may proceed.

7. Despite best efforts by counsel for both parties, there has been no ability to resolve this matter outside of this proceeding.

8. Therefore, Plaintiff respectfully requests that this Court schedule a status conference to address the current stay, the pending motion by defense counsel, and any other scheduling matters required to resume the underlying case.

Pursuant to Local Rule 7.1, concurrence by defense counsel in the relief sought in this motion was sought and obtained on or about April 15, 2026.

WHEREFORE, Plaintiff respectfully requests that this Court set a status conference regarding the stay at this Court's earliest convenience.

Dated: April 16, 2026

/s/ Leah Cole Durst
D. Michael Noonan (NH #8214)
Leah Cole Durst (NH #273679)
Shaheen & Gordon, PA
Attorney for Plaintiff
353 Central Avenue, 2nd Floor
PO Box 977
Dover, NH 03821-0977
(603) 749-5000
mnoonan@shaheengordon.com
ldurst@shaheengordon.com