## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Clarence Dean, Personal Representative of the Estate of Jesse Dean,<br><br>       Plaintiff,<br><br>v.<br><br>Ashlei Packer, RN, Nathan Meyer, RN, Eir Pratt, LNP, Megan Greenlee, RN, Jessica Godzieblewski, RN, Health Services Administrator, Paul Troost, DO, and John and Jane Does,<br><br>       Defendants. | Case No.  1:23-cv-00408<br><br><br>Hon. Robert J. Jonker |
| Leah Cole Durst<br>SHAHEEN & GORDON, P.A. (Concord)<br>Attorney for Plaintiff<br>107 Storrs St., P.O. Box 2703<br>Concord, NH 03302<br>(603) 369-4713<br>ldurst@shaheengordon.com<br><br>Lawrence A. Vogelman<br>SHAHEEN & GORDON, P.A. (Dover)<br>Attorney for Plaintiff<br>353 Central Ave., 2nd Fl., P.O. Box 977<br>Dover, NH 03821-0977<br>(603) 749-5000<br>lvogelman@shaheengordon.com | Randall A. Juip (P58538)<br>Brian J. Richtarcik (P49390)<br>Chloe S. Schumacher (P81037)<br>FOLEY, BARON, METZGER & JUIP, PLLC<br>Attorneys for Defendants Ashlei Packer, RN, Nathan Meyer, RN, Eir Pratt, LNP, Megan Greenlee, RN, Jessica Godzieblewski, RN, Health Services Administrator, Paul Troost, DO<br>3877 Six Mile Rd., Suite 300<br>Livonia, MI 48152<br>(734) 742-1800<br>brichtarcik@fbmjlaw.com<br>rajuip@fbmjlaw.com<br>cschumacher@fbmjlaw.com<br><br>Austin J. Beaudet (P87045)<br>WILLIS LAW<br>New Counsel for Defendant Nathan Meyer, RN<br>491 W. South Street<br>Kalamazoo, MI  49007<br>(269) 492-1040<br>abeaudet@willis.law |

**STIPULATION AND PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL**

Willis Law
ATTORNEYS & COUNSELORS

491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007

OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WILLIS.LAW

The Parties, through their respective attorneys of record, hereby stipulate to the entry of an order substituting Austin J. Beaudet of Willis Law as counsel of record for Defendant Nathan Meyer, RN in this matter. This Stipulation does not address the Foley, Baron, Metzger & Juip, PLLC Law Firm's pending motion to withdraw as counsel for the remaining Defendants. A Proposed Order of Substitution is attached hereto as Exhibit A.

***Stipulated to by:***

By: */s/ Leah Cole Durst*
Leah Cole Durst
SHAHEEN & GORDON, P.A.
Attorney for Plaintiff
107 Storrs St., P.O. Box 2703
(603) 369-4713
ldurst@shaheengordon.com

By: /s/ *Austin J. Beaudet*
Austin J. Beaudet (P87045)
WILLIS LAW
New Counsel for Defendant
Nathan Meyer, RN
491 W. South Street
Kalamazoo, MI 49007
(269) 492-1040
abeaudet@willis.law

By: */s/ Brian J. Richtarcik*
Brian J. Richtarcik (P49390)
FOLEY, BARON, METZGER & JUIP, PLLC
Attorney for Defendants Ashlei Packer, RN, Nathan Meyer, RN, Eir Pratt, LNP, Megan Greenlee, RN, Jessica Godzieblewski, RN, Health Services Administrator, Paul Troost, DO
3877 Six Mile Rd., Suite 300
Livonia, MI 48152
(734) 742-1800
brichtarcik@fbmjlaw.com



491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007

OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WILLIS.LAW

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Clarence Dean, Personal Representative of the Estate of Jesse Dean,<br><br>Plaintiff,<br><br>v.<br><br>Ashlei Packer, RN, Nathan Meyer, RN, Eir Pratt, LNP, Megan Greenlee, RN, Jessica Godzieblewski, RN, Health Services Administrator, Paul Troost, DO, and John and Jane Does,<br><br>Defendants. | Case No.  1:23-cv-00408<br><br><br>Hon. Robert J. Jonker |
| Leah Cole Durst<br>SHAHEEN & GORDON, P.A. (Concord)<br>Attorney for Plaintiff<br>107 Storrs St., P.O. Box 2703<br>Concord, NH 03302<br>(603) 369-4713<br>ldurst@shaheengordon.com<br><br>Lawrence A. Vogelman<br>SHAHEEN & GORDON, P.A. (Dover)<br>Attorney for Plaintiff<br>353 Central Ave., 2nd Fl., P.O. Box 977<br>Dover, NH 03821-0977<br>(603) 749-5000<br>lvogelman@shaheengordon.com | Randall A. Juip (P58538)<br>Brian J. Richtarcik (P49390)<br>Chloe S. Schumacher (P81037)<br>FOLEY, BARON, METZGER & JUIP, PLLC<br>Attorneys for Defendants Ashlei Packer, RN, Nathan Meyer, RN, Eir Pratt, LNP, Megan Greenlee, RN, Jessica Godzieblewski, RN, Health Services Administrator, Paul Troost, DO<br>3877 Six Mile Rd., Suite 300<br>Livonia, MI 48152<br>(734) 742-1800<br>brichtarcik@fbmjlaw.com<br>rajuip@fbmjlaw.com<br>cschumacher@fbmjlaw.com<br><br>Austin J. Beaudet (P87045)<br>WILLIS LAW<br>New Counsel for Defendant Nathan Meyer, RN<br>491 W. South Street<br>Kalamazoo, MI  49007<br>(269) 492-1040<br>abeaudet@willis.law |



491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007

OFFICE:  269 / 492-1040
616 / 301-7177
TOLL FREE:  800 / 610-6938
FAX:  269 / 492-1042
WWW.WILLIS.LAW

### PROPOSED ORDER FOR SUBSTITUTION OF COUNSEL

The Court, having reviewed the stipulation of the Parties and being otherwise fully advised of the premises, hereby approves of the stipulation:

IT IS HEREBY ORDERED that Austin J. Beaudet of Willis Law is substituted as counsel of record for Defendant Nathan Meyers, RN. Randall A. Juip, Brian J. Richtarcik, and Chloe S. Schumacher of Foley, Baron, Metzger & Juip, PLLC are relieved of their representation of Defendant Nathan Meyer, RN as of the date of this Order.

IT IS FURTHER ORDERED that the Parties' Stipulation and entry of this Order do not address the Foley, Baron, Metzger & Juip, PLLC Law Firm's pending motion to withdraw as counsel for the remaining Defendants.

IT IS SO ORDERED.


Dated: _____            _____
                                  Hon. Robert J. Jonker
                                  United States District Judge



**Willis Law**
ATTORNEYS & COUNSELORS

491 WEST SOUTH STREET
KALAMAZOO, MICHIGAN 49007

OFFICE: 269 / 492-1040
616 / 301-7177
TOLL FREE: 800 / 610-6938
FAX: 269 / 492-1042
WWW.WILLIS.LAW