UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE DEAN,

        Plaintiff,                        Case No. 1:23−cv−00408−RJJ−RSK

    v.                              Hon. Robert J. Jonker

ASHLEI PACKER, et al.,

        Defendants.

_____/

## <u>NOTICE OF HEARING</u>

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Status Conference
Date/Time:            May 18, 2026   01:30 PM
Magistrate Judge:    Ray Kent
Place/Location:       by video

                                RAY KENT
                                U.S. Magistrate Judge

Dated:  April 30, 2026       By:    _/s/ Brenda Glass_____
                                    Paralegal