UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE DEAN,

       Plaintiff,                         Case No. 1:23−cv−00408−RJJ−RSK

    v.                                Hon. Robert J. Jonker

ASHLEI PACKER, et al.,

       Defendants.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:          September 8, 2026   10:00 AM
Magistrate Judge:    Ray Kent
Place/Location:      by video

                                    RAY KENT
                                    U.S. Magistrate Judge

Dated:  July 27, 2026       By:   _/s/ Brenda Glass_____
                                  Paralegal