UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | | | |
|---|---|---|---|
| **Case No:** 1:23-cv-00408-RJJ-RSK | | | |
| **Caption:** Dean v. Calhoun County, et al. | | | |
| **Date:**<br>September 10, 2026 | **Time:**<br>2:10 – 2:17 p.m. | **Place:**<br>Grand Rapids | **Magistrate Judge:**<br>Hon. Ray Kent |

## APPEARANCES

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| PLAINTIFF: | Leah C. Tracey | Clarence Dean *Personal Representative of the Estate of Jesse Dean personal representative of* Jesse Dean |
| DEFENDANTS: | Brian J. Richtarcik<br><br>Austin Beaudet | Ashlei Packer, Eir Pratt, Megan Greenlee, Jessica Godzieblewski, Paul Troost,<br><br>Nathan Meyer |

## PROCEEDINGS

**NATURE OF HEARING:**

**Status Conference held by video conference.**

Proceedings Digitally Recorded

Deputy Clerk: K. Belanger